UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60622-CIV-DIMITROULEAS/SNOW

JOSE SUAREZ,

    Plaintiff,

vs.

WENDY'S OF N.E. FLORIDA, INC.,
a Florida corporation,

    Defendant.
_____/

**ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH
RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

    THIS CAUSE is before the Court *sua sponte*.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of the summons and complaint is to be perfected upon the defendant within 120 days after the filing of the complaint.  A review of the Court record reveals that the Complaint [DE 1] in the present action was filed on May 15, 2013, yet there is no indication that Defendant has been served.

    Accordingly, it is **ORDERED AND ADJUDGED** that on or before August 1, 2013, Plaintiff shall either perfect service upon Defendant, show that service has already been made, or show good cause as to why service has not been perfected.  Failure to timely respond will result in immediate dismissal of this case.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of July, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record